UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


**RICHARD EUGENE SEARS**

    **Plaintiff,**

vs.                                                                                   CASE NO.:3:07-cv-5-J-25MCR

**CARRIER CORPORATION and**
**UNITED TECHNOLOGIES CORP**

c/o   Registered Agent
      CT CORPORATION SYSTEM
      1200 S. PINE ISLAND ROAD
      PLANTATION FL 33324

    **Defendants**
_____/

PLAINTIFF'S MEMORANDUM OF
LAW OPPOSING DEFENDANT CARRIER'S
MOTION TO DISMISS THE BREACH OF CONTRACT CLAIM...(DOC. 32)

    Plaintiff opposes Defendant Carrier's Motion to Dismiss the Breach of Contract Claim ("Defendant's Motion," Doc. 32) on the grounds that it is completely devoid of merit.


**MEMORANDUM OF LAW**

    This Court has authority to exercise supplemental jurisdiction, as confirmed by the authorities cited in Defendant's Motion. It is obvious that Plaintiff's breach of contract claim is intertwined with his ERISA Section 510 claims. The Defendant's argument to the contrary is without merit. Defendant's motion to dismiss Plaintiff's breach of contract count should

1

be denied.

**WHEREFORE**, Plaintiff respectfully entrusts this matter to the sound discretion of the Court.

**Respectfully submitted, this 2d day of July, 2007.**

**FORTUNE LAW OFFICES**
*s/Scott Thomas Fortune*
**SCOTT THOMAS FORTUNE**
Florida Bar No. 342815
1807 North Third Street
Jacksonville Beach, FL 32250
(904) 246-2125 Telephone
(904) 246-1551 Facsimile
SFortune@FortuneLegal.com
**Trial Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: G. Joseph Curley, Esq., Gunster, Yoakley & Stewart, P.A, Phillips Point East Tower,777 South Flagler Drive, Suite 500,West Palm Beach, Florida 33401 on the 2d day of July, 2007.

**FORTUNE LAW OFFICES**
*s/Scott Thomas Fortune*
**SCOTT THOMAS FORTUNE**
Florida Bar No. 342815
1807 North Third Street
Jacksonville Beach, FL 32250
(904) 246-2125 Telephone
(904) 246-1551 Facsimile
SFortune@FortuneLegal.com
**Trial Counsel for Plaintiff**