UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


**RICHARD EUGENE SEARS**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**CASE NO.:3:07-cv-5-J-25MCR**

**CARRIER CORPORATION and**
**UNITED TECHNOLOGIES CORP**

    **Defendants.**
_____\

**PLAINTIFF'S RESPONSE TO DEFENDANT UTC'S**
**MOTION FOR LEAVE TO FILE REPLY**

Plaintiff does not oppose Defendant UTC's Motion for Leave to file a Reply (Def UTC's Motion...Doc.38).

                                                 Respectfully submitted,

                                               FORTUNE LAW OFFICES

                                             *s/Scott Thomas Fortune*
                                             SCOTT THOMAS FORTUNE
                                             Florida Bar No.: 342815
                                             E-Mail: SFortune@FortuneLegal.com
                                             1807 North Third Street
                                             Jacksonville Beach, Florida 32250
                                             (904) 246-2125 Telephone
                                             (904) 246-1551 Facsimile
                                             Trial Counsel

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: G. Joseph Curley, Esq., Gunster, Yoakley & Stewart, P.A, Phillips Point East Tower,777 South Flagler Drive, Suite 500,West Palm Beach, Florida 33401 on the 11th day of July, 2007.

                                    FORTUNE LAW OFFICES

                                    *s/Scott Thomas Fortune*
                                    SCOTT THOMAS FORTUNE
                                    Florida Bar No.:  342815
                                    E-Mail: SFortune@FortuneLegal.com
                                    1807 North Third Street
                                    Jacksonville Beach, Florida 32250
                                    (904) 246-2125 Telephone
                                    (904) 246-1551 Facsimile
                                    Trial Counsel