## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**RICHARD EUGENE SEARS**

    **Plaintiff,**

**vs.**                                        **CASE NO.:3:07-cv-5-J-25JRK**

**CARRIER CORPORATION,**
**A Delaware Corporation**

    **Defendant**

### PLAINTIFF'S CONSENT MOTION TO
### EXTEND DISPOSITIVE MOTIONS DEADLINE OR
### TO EXTEND DEADLINE FOR RESPONSIVE MEMORANDA

Plaintiff moves the Court for an extension of the dispositive motion deadline[1] from Tuesday September 2, 2008 until **Monday September 22, 2008.** The Defendant consents to this motion.

Undersigned counsel is scheduled to begin a 5-day civil jury trial on September 15, 2008, before the Honorable Timothy J. Corrigan, in the case styled <u>Alexander Kara</u> v. <u>Florida Public Utilities</u>, CASE NO.:3:06-CV-572-J-32MCR. The September 15, 2008 start date is a "date certain." That trial is to last until Friday September 19, 2008. Due to undersigned counsel being a sole practitioner with a law clerk and a legal assistant, it would

---

[1]The current September 2, 2008 deadline is stated within the Order entered February 26, 2008. The trial date is March 2, 2009.

1

be impossible to prepare for the Kara trial and simultaneously prepare Plaintiff's Motion for

Partial Summary Judgment, or to begin preparing a response to Defendant's dispositive

motion on or before September 16, 2008.

In the alternative to extending the deadline for filing dispositive motions, Plaintiff

moves the Court for an extension of time from on or before Tuesday September 16, 2008,

until **Tuesday September 30, 2008**, to file his Memorandum in Opposition to Defendant's

anticipated Motion for Summary Judgment.   Defendant opposes this motion, to the extent

that it grants a benefit to the Plaintiff, but not to Defendant.

If the Defendant files a Motion for Summary Judgment on or before the current

deadline of September 2, 2008, Plaintiff's Memorandum in Opposition will be due on or

before September 16, 2008, i.e., immediately before or after counsel's trial begins before

Judge Corrigan.   Undersigned counsel is the sole attorney trying the Kara case and is co-

counsel with a material role in responding to the anticipated Motion for Summary Judgment

in this case.   The undersigned has dedicated the dates from August 25, 2008 through

September 15, 2008 to working as exclusively as possible in preparation for the Kara trial.

Plaintiff seeks an extension until Tuesday September 30, 2008 to file his response,

if the deadline for filing dispositive motions is not granted.   Plaintiff would not oppose a

similar extension for the Defendant. This would allow Plaintiff from Monday September 22,

2008 (the first working day after the Kara trial has been concluded) until Tuesday September

30, 2008 to prepare his response to Defendant's anticpated dispositive motion.

The trial of this case is scheduled for **March 2, 2008** (Order, Doc.91) and it would not be delayed by granting the extensions requested herein.  The Defendant consents to this motion to the extent it asks for enlargement of the dispositive motions filing deadline for both parties.

**WHEREFORE**, Plaintiff respectfully entrusts this matter to the sound discretion of the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: G. Joseph Curley, Esquire, Rebecca Cavendish, Esquire and Stephanie Moot, Esquire, Gunster, Yoakley & Stewart, P.A., Phillips Point, Suite 500 East, 777 South Flagler Drive, West Palm Beach, FL 33401, Counsel for Defendants, and to John A. DeVault, III, Esquire and Amanda E. Ferrelle, Esquire, Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., The Bedell Building 101 East Adams Street Jacksonville, Florida 32202-3303, Co-Counsel for Plaintiff, this **18th day of August, 2008.**

**FORTUNE LAW OFFICES**
*s/Scott Thomas Fortune*
SCOTT THOMAS FORTUNE
Florida Bar No. 342815
1807 North Third Street
Jacksonville Beach, FL 32250
(904) 246-2125
SFortune@FortuneLegal.com
Trial Counsel for Plaintiff