| Sears: Interest Due on Judgment from Date of Termination |||||||
|---|---|---|---|---|---|---|
| | | Date Range | Judgment Amount | Interest Multiplier | Daily Interest | # of Days | Interest Due |
| 2006 Interest | 9% | 05/11/06-12/31/06 | $170,000.00 | 0.0002466 | $41.92 | 235 | $9,851.67 |
| 2007 Interest | 11% | 01/01/07-12/31/07 | $170,000.00 | 0.0003014 | $51.24 | 365 | $18,701.87 |
| 2008 Interest | 11% | 01/01/08-12/31/08 | $170,000.00 | 0.0003014 | $51.24 | 366 | $18,753.11 |
| 2009 Interest | 8% | 01/01/09-02/06/09 | $170,000.00 | 0.0002192 | $37.26 | 37 | $1,378.77 |

| | |
|---|---|
| Judgment | $170,000.00 |
| Total Interest | $48,685.42 |
| Total Amount Due | $218,685.42 |

**EXHIBIT A**