UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD EUGENE SEARS

    Plaintiff,

v.                         Case No.: 3:07-cv-5-HLA-JRK

CARRIER CORPORATION.

    Defendants.
_____\

## DECLARATION OF JOHN A. DEVAULT, III
## IN SUPPORT OF FEES AND EXPENSES OF COUNSEL

1. I practice law in Duval County, Florida and am over twenty-one (21) years of age.

2. All of the statements contained herein are based upon my personal knowledge.

3. This declaration is submitted in support of the Motion of Plaintiff Richard Eugene Sears for fees, expenses and pre-judgment interest.

4. From the outset of our representation of Plaintiff, I have been the member of the firm primarily responsible for this matter. Various other associates, law clerks, and paralegals of the firm have assisted in the prosecution of this matter.

**EXHIBIT C**

5.  I graduated from the University of Florida College of Law in 1967. I served as a clerk for a United States District Judge for one year, and that same year I was admitted to practice by the Supreme Court of Florida. The following year I became an associate with the predecessor partnership to this firm. I became a partner in the firm in 1970 and managing partner in 1986. I am presently admitted to practice before the United States District Court for the Middle, Southern, and Northern Districts of Florida, the United States Claims Court, the United States Courts of Appeals for the Fifth, Sixth, Eleventh, and Federal Circuits, and the Supreme Court of the United States. I have tried cases or argued appeals in each of those courts. My practice has been limited to litigation, a substantial portion of which has consisted of complex commercial litigation in state and federal courts, including anti-trust, securities, contract, business torts, and similar matters.

6.  Scott Fortune undertook representation of Sears initially in 2004 and entered into a contingent fee contract in April 2004, consistent with the terms of the Rules of The Florida Bar for personal injury cases. Given the client's termination of employment and inability to find another steady

2

job, he could not have obtained quality representation on any other basis. In February 2008, when it became apparent that Carrier Corporation intended to strongly contest the case, Scott Fortune contacted the undersigned to be co-counsel with him in the case based on the perceived need for co-counsel with experience in handling complex cases against large corporate defendants.

7. From the outset of the time my firm became involved in the representation, the two firms attempted to take all necessary steps to avoid duplication of effort. While attorneys from each firm shared in the decision making process, factual background and discovery was primarily the responsibility of the Fortune Law Offices and pleadings, research, and the briefing of discovery disputes were principally done by the Bedell Firm. The Fortune Law Offices also took primary responsibility for witnesses' depositions, however, the Bedell Firm took and defended several depositions. The division of effort and avoiding duplication was important to both firms from the outset for two reasons: we knew that if successful, we would be submitting a fee application which would be carefully scrutinized by the Court and by an expert attorney employed by Carrier Corporation;

and, more importantly, we knew that if we were unsuccessful in the case, we would be paid nothing for the time devoted to the matter.

### Fees of Counsel

8.   The lawyers and paralegals of the Bedell firm who have worked on this case have kept detailed records of the time actually devoted by them to this matter and a detailed statement of the nature of their work.  A summary showing the number of hours devoted by each person and how their time was spent, albeit with attorney-client and other privileged information redacted, is attached hereto as Exhibit A.

9.   The time and fees of the Bedell firm for which Sears seeks reimbursement in connection with the litigation total:

| Timekeeper | Hours | Rate | Total |
| --- | --- | --- | --- |
| John A. DeVault, III | 27.80 | $375 | $ 10,425.50 |
| Amanda E. Ferrelle | 330.90 | $210 | 69,489.00 |
| Law Clerks | 7.55 | $110 | 830.50 |
| Paralegal | 2.70 | $110 | 297.00 |
|  | 10.00 | $100 | 1,000.00 |
| **TOTAL** |  |  | **$82,041.50** |

10. Plaintiff is also entitled to reimbursement of out-of-pocket expenses which are customarily billed to the client as an element of fees. The expenses for which Plaintiff seeks reimbursement in connection with the litigation are:

**Travel**

| | |
|---|---|
| Amanda E. Ferrelle | $1,151.53 |

**Miscellaneous Other Expenses**

| | |
|---|---|
| Legal research | $4,768.26 |
| Copy expenses | 929.55 |
| Facsimile transmissions | 29.50 |
| Telephone charges | 44.88 |
| Postage charges | 77.27 |
| **TOTAL** | **$7,000.99** |

| | |
|---|---|
| **TOTAL FEES AND OUT-OF-POCKET EXPENSES** | **$89,042.49** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of March, 2009.

_____
John A. DeVault, III

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE, P.A.
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

TELEPHONE
(904) 353-0211

FACSIMILE
(904) 353-9307

THE BEDELL BUILDING
101 EAST ADAMS STREET
JACKSONVILLE, FLORIDA 32202

============================================ **INVOICE** ============================================

March 3, 2009

Richard E. Sears
c/o Scott Thomas Fortune
Fortune Law Offices
1807 North Third Street
Jacksonville Beach, FL  32250

Invoice No.: 42138     JAD
Our File No.: S00503    07577
Billing through: 03/03/2009

**MATTER DESCRIPTION:**
Re:  Richard E. Sears v. Carrier and UTC

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| John A. DeVault, III | 27.80 /hrs @ | $375.00 | $10,425.00 |
| Amanda E. Ferrelle | 330.90 /hrs @ | $210.00 | $69,489.00 |
| Angela K. Marino-Law Clerk | 4.30 /hrs @ | $110.00 | $473.00 |
| Michael E. Lockamy-Law Clerk | 3.25 /hrs @ | $110.00 | $357.50 |
| Andrea Bailey-Paralegal | 2.70 /hrs @ | $110.00 | $297.00 |
| Erica L. Cruzat-Paralegal | 1.00 /hrs @ | $100.00 | $100.00 |
| Katie D. Baranek-Paralegal | 9.00 /hrs @ | $100.00 | $900.00 |

Total professional services                                           $82,041.50
Total expenses which are billed separately
In the prevailing practice of the community
and are recoverable as fees incurred:                                  $7,000.99
                                                                      ----------
CURRENT AMOUNT DUE                                                    $89,042.49

                                                                      ----------
**TOTAL AMOUNT NOW DUE**                                              **$89,042.49**

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/21/2008 | ELC | Research PACER to obtain docket sheet per JAD. | 0.30 hrs |
| 03/05/2008 | JAD | Conference with S. Fortune re: potential new case before Judge Adams. | 0.80 hrs |
| 03/26/2008 | JAD | Conference with S. Fortune re: association in new case; background of case, recent depositions, and status. | 1.40 hrs |
| 03/27/2008 | AEF | Review documents re: Sears case; correspond re: discovery requests, motion to compel, and upcoming depositions. | 0.60 hrs |
| 03/28/2008 | AEF | Review discovery requests and responses; correspondence with JAD and S. Fortune re: | 1.10 hrs |

**EXHIBIT A**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/31/2008 | AEF | upcoming depositions, motion to compel, etc. Review discovery requests and responses; plan motion to compel; correspond and telephone conference with S. Fortune and A. Gjoka re: various issues going forward with discovery. | 3.10 hrs |
| 04/01/2008 | AEF | Correspond with S. Fortune and A. Gjoka re: discovery and upcoming depositions; draft notice of appearance for AEF and JAD; review local rules on appearances. | 0.50 hrs |
| 04/02/2008 | AEF | Correspondence re: ▮▮▮▮; correspondence re: discovery and upcoming depositions, review discovery and prepare for motion to compel. | 1.30 hrs |
| 04/03/2008 | AEF | Prepare for meeting with S. Fortune; outline objections/plan for motion to compel, review docket, etc. | 4.20 hrs |
| 04/04/2008 | AEF | Travel to S. Fortune's office; conference with S. Fortune and A. Gjoka re: status of case, defendant's discovery objections, good faith letter to resolve discovery disputes, motion to compel, depositions of other co-workers, and ▮▮▮▮. | 6.50 hrs |
| 04/07/2008 | AEF | Dictate memorandum to file re: meeting with S. Fortune and discovery objections; prepare responses to defendant's discovery objections; correspondence re: incentive compensation payments and personal accounts. | 0.80 hrs |
| 04/08/2008 | AEF | Review files, discovery requests and answers; correspond with S. Fortune re: discovery objections and good faith letter to defense counsel re: motion to compel; research ▮▮▮▮; draft letter to defense counsel. | 4.10 hrs |
| 04/09/2008 | AEF | Draft good faith letter to defense counsel re: motion to compel; research ▮▮▮▮ ▮▮▮▮; correspond re: discovery | 4.70 hrs |
| 04/13/2008 | AEF | Edit Rule 37 letter pursuant to S. Fortune's and A. Gjoka's comments. | 0.50 hrs |
| 04/14/2008 | JAD | Review and revise discovery letter to Carrier counsel. | 1.20 hrs |
| 04/14/2008 | AEF | Edit Rule 37 letter; correspondence re: depositions; correspondence re: expert damage calculation and documents requested from Carrier. | 1.30 hrs |
| 04/15/2008 | AEF | Finalize Rule 37 letter; correspondence re: files, relevant deposition testimony. | 0.60 hrs |
| 04/18/2008 | AEF | Correspond with defense counsel re: timeline for supplemental responses/document production; correspond with S. Fortune re: discovery deadlines. | 0.20 hrs |
| 04/21/2008 | AEF | Correspond with S. Moot re: request for extension to supplement discovery; conference with S. Fortune and A. Gjoka re: discovery deadlines. | 0.70 hrs |
| 04/22/2008 | AUB | Review CD of case documents received from S. Fortune and download pleadings per AEF. | 0.60 hrs |
| 04/24/2008 | AEF | Review defendant's objections to our second set of request for admissions; research ▮▮▮▮ ▮▮▮▮. | 1.20 hrs |
| 04/25/2008 | AEF | Telephone conference with S. Fortune re: defendants' objections to our second request for admissions, preparing motion to compel, and discovery deadlines; research ▮▮▮▮ ▮▮▮▮; begin drafting letter to defense counsel. | 1.70 hrs |
| 04/28/2008 | AEF | Draft and revise letter to defense counsel re: | 2.30 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Defendants' objections to our request for admissions; correspond with S. Fortune re: letter. | |
| 05/13/2008 | AEF | Review supplemental discovery responses of defendants; and preparation for motion to compel. | 1.60 hrs |
| 05/15/2008 | AEF | Meet with S. Fortune and A. Gjoka to review documents, defendants' discovery responses, and plan motion to compel and discovery going forward. | 6.70 hrs |
| 05/16/2008 | AEF | Draft motion to compel. | 0.60 hrs |
| 05/18/2008 | AEF | Draft motion to compel; review discovery requests and defendants' answers/objections. | 2.00 hrs |
| 05/19/2008 | AEF | Draft motion to compel better discovery responses; research [redacted] | 1.30 hrs |
| 05/19/2008 | AKM | Research [redacted]; Draft memorandum for AEF re: discovery in Title VII cases | 2.80 hrs |
| 05/20/2008 | AEF | Draft motion to compel better interrogatory answers and responses to requests for production; correspondence and telephone calls through the day with A. Gjoka and S. Fortune re: documents requested from Defendant. | 4.30 hrs |
| 05/21/2008 | AEF | Review, revise motion to compel; correspondence re: documents needed from Defendant in preparation for Dr. Perry's Deposition. | 2.60 hrs |
| 05/22/2008 | AEF | Review and revise S. Fortune's Rule 37 letter regarding documents needed for Dr. Perry's deposition; conference call with S. Fortune and A. Gjoka re: motion to compel and S. Fortune's Rule 37 letter. | 0.90 hrs |
| 05/23/2008 | AEF | Revise motion to compel; telephone calls and e-mails throughout the day with S. Fortune and A. Gjoka re: motion; conference with JAD re: motion to compel. | 3.00 hrs |
| 05/28/2008 | AEF | Conference with S. Fortune re: discovery; correspondence with defense counsel re: Dr. Perry's deposition and producing documents from Koch Air. | 0.40 hrs |
| 05/29/2008 | AEF | Correspondence re: subpoena on Koch Air without notice to us; revise motion to compel. | 1.40 hrs |
| 05/30/2008 | AEF | Revise motion to compel; correspondence re: redacted documents depositions to set. | 1.20 hrs |
| 06/02/2008 | AEF | Revise motion to compel. | 0.40 hrs |
| 06/03/2008 | AEF | Conference call with JAD and S. Fortune re: Sears' deposition, possible mediation, and motion to compel. | 0.20 hrs |
| 06/04/2008 | JAD | Review and revise motion to compel production. | 1.20 hrs |
| 06/04/2008 | AEF | Revise motion to compel for filing; setting depositions, and Rule 26 disclosures. | 4.30 hrs |
| 06/05/2008 | AEF | Prepare motion to compel for filing and compile exhibits; telephone conference with R. Cavendish for 3.01(g) certificate. | 2.30 hrs |
| 06/10/2008 | AEF | Telephone conference with S. Fortune re: various discovery issues; plan discovery going forward; plan depositions to set in next two months. | 1.90 hrs |
| 06/11/2008 | AEF | correspond with defendants re: deposition dates for numerous witnesses by end of July; review file; prepare fifth set of request for production of documents. | 2.20 hrs |
| 06/13/2008 | AEF | Correspondence with defense counsel re: deposition dates. | 0.20 hrs |
| 06/16/2008 | AEF | Research [redacted]; draft e-mail reply to J. | 1.60 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Curley re: additional depositions; correspond with JAD and S. Fortune re: strategy; correspond back and forth with J. Curley and S. Fortune re: taking more than ten depositions; telephone conference with S. Fortune. | |
| 06/17/2008 | AEF | Correspond with J. Curley re: depositions and Defendant's witness list. | 0.20 hrs |
| 06/18/2008 | AEF | Correspond back and forth re: setting deposition of I. Alday and motion for additional depositions; correspond with A. Gjoka and S. Fortune re: documents needed for deposition of I. Alday and remainder of depositions. | 1.50 hrs |
| 06/23/2008 | AUB | Phone call to court reporter re: I. Alday deposition per AEF. | 0.10 hrs |
| 06/23/2008 | AEF | Correspondence back and forth with J. Curley and R. Cavendish re: extension for defendant's response to our motion to compel, deposition schedule, etc.; telephone conference with A. Gjoka re: redacted documents, deposition of I. Alday and motion for additional depositions; correspond and telephone conference with S. Fortune re: Carrier's objections to more than ten depositions, setting last three depositions, and deposition notice for I. Alday's deposition. | 2.40 hrs |
| 06/24/2008 | AEF | Correspondence back and forth regarding additional depositions and unredacted documents; revise deposition notice for I. Alday; correspond with J. Curley re: Defendants' witness list; draft motion for leave to take additional depositions. | 2.60 hrs |
| 06/25/2008 | AEF | Draft motion to exceed ten depositions; telephone conference with S. Fortune re: additional depositions; revise notice of deposition for I. Alday; correspondence with defense counsel re: setting P. McLaughlin's deposition; serve I. Alday deposition notice. | 4.00 hrs |
| 06/26/2008 | AUB | E-mail to court reporter re: notice of taking deposition of I. Alday. | 0.10 hrs |
| 06/26/2008 | AEF | Revise and finalize motion for additional depositions and organize exhibits/clean copies of e-mails; correspond with J. Curley re: setting P. McLaughlin's deposition. | 2.90 hrs |
| 06/27/2008 | AEF | Review defendants' memorandum in opposition to our motion to compel; telephone conference and e-mail correspondence re: defendants' memorandum; finalize motion to take additional depositions for filing; telephone conference re: deposition of B. Albert | 1.30 hrs |
| 06/30/2008 | AUB | Receipt of confirmation from court reporter re: I. Alday deposition. | 0.10 hrs |
| 06/30/2008 | AEF | Correspond with S. Fortune re: Alday and Barrack's depositions. | 0.40 hrs |
| 07/01/2008 | AEF | Review Court's order setting hearing on motion to compel and motion for additional depositions; correspond re: setting deposition of J. Barrack and P. McLaughlin; correspond re: I. Alday's deposition and setting up conference call abilities at deposition. | 0.50 hrs |
| 07/02/2008 | AUB | E-mail to court reporter re: videographer for deposition. | 0.10 hrs |
| 07/02/2008 | AEF | Telephone conference with A. Gjoka re: deposition of I. Alday, redacted documents, | 1.90 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | and upcoming hearing on motion to compel; arrange for videographer at I. Alday deposition; amend deposition notice to reflect videographer per rules; conference with S. Fortune re: redacted documents recieved from Defendant, amending deposition notice, and hearing on motion to compel and taking more depositions; telephone call to R. Cavendish and S. Moot re: unredacted version of I. Alday e-mail; correspond re: setting P. McLaughlin deposition. | |
| 07/03/2008 | AEF | Telephone conference with R. Cavendish and S. Moot re: redacted e-mail; correspond with S. Fortune re: I. Alday deposition and preparation for hearing on motion to compel; correspond with defense counsel re: date of I. Alday deposition. | 2.60 hrs |
| 07/07/2008 | AEF | Response to motion for more than ten depositions prepare for hearing on plaintiff's motion to compel, to strike stipulation, and to take additional depositions; research [REDACTED]; research [REDACTED] | 5.40 hrs |
| 07/07/2008 | MEL | Research [REDACTED]. | 2.25 hrs |
| 07/08/2008 | AUB | Locate court reporter and schedule deposition on 7/18 in Ft. Lauderdale per AEF. | 0.20 hrs |
| 07/08/2008 | JAD | Conference with S. Fortune and hearing before Judge Klindt. | 2.20 hrs |
| 07/08/2008 | AEF | Prepare for hearing on motion to compel, motion to take additional depositions, and strike stipulation; conference with S. Fortune, A. Gjoka, and JAD re: hearing and proceeding; telephone conference and correspond with S. Moot re: I. Alday deposition and telephone capabilities; amend deposition notices for I. Alday and P. McLaughlin; correspondence re: noticing depositions; draft response to defendants third request for production; research [REDACTED] | 7.50 hrs |
| 07/09/2008 | AUB | Fax notice to court reporter confirming scheduling of 7/18 deposition of P. McLaughlin. | 0.10 hrs |
| 07/09/2008 | AEF | Dictate response/objections to defendant's third request for production; telephone conference with S. Fortune and A. Gjoka re: breadth of responses; correspond with S. Moot re: I. Alday deposition; telephone calls to S. Moot and R. Cavendish re: getting extension to answer discovery | 1.10 hrs |
| 07/10/2008 | AEF | Telephone calls with and correspondence to R. Cavendish and S. Moot seeking extension for discovery responses. | 0.20 hrs |
| 07/11/2008 | AEF | Edit responses to defendant's requests for production; review responses to third request for production of documents. | 1.40 hrs |
| 07/14/2008 | AEF | Correspondence re: responses to Defendant's third request for production of documents; Correspondence re: deposition of D. Thomas; conference call with S. Fortune re: depositions. | 0.40 hrs |
| 07/15/2008 | AEF | Conference with A. Gjoka and S. Fortune to review documents in preparation for deposition of P. McLaughlin and I. Alday; meeting with | 8.00 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/16/2008 | AEF | Correspond with all counsel re: setting depositions of Deardorff and Hoffman. | 0.60 hrs |
| 07/16/2008 | AKM | research ████████████████ | 1.80 hrs |
| 07/17/2008 | AEF | Prepare for deposition of P. McLaughlin. | 4.50 hrs |
| 07/18/2008 | AEF | Travel to Ft. Lauderdale; prepare for deposition of P. McLaughlin; take deposition of P. McLaughlin; return to Jacksonville. | 15.50 hrs |
| 07/21/2008 | JAD | Telephone conference re: depositions. | 0.40 hrs |
| 07/21/2008 | AEF | Correspondence with S. Fortune and A. Gjoka re: deposition of P. McLaughlin; preparation for I. Alday deposition; correspondence with S. Moot re: I. Alday deposition arrangements; correspondence with defense counsel re: motion for leave to file reply; dictate memorandum to file on deposition of P. McLaughlin; review defendant's supplemental witness disclosure; conference with JAD and S. Fortune re: Defendant's supplemental witness disclosures, telephone conversation with S. Fortune re: I. Alday deposition. | 2.70 hrs |
| 07/22/2008 | AUB | Locate and schedule court reporter for 7/29 deposition per AEF. | 0.20 hrs |
| 07/22/2008 | AEF | Draft motion to strike defendant's supplemental witness disclosure; revise and finalize motion to strike defendant's supplemental witness disclosure; research ████████████; correspondence with defendant re: G. Deardorff deposition and rescheduling B. Straun deposition; conference call with S. Fortune re: deposition of B. Straun conference with S. Fortune and A. Gjoka re: I. Alday deposition; prepare for I. Alday deposition. | 5.30 hrs |
| 07/23/2008 | AEF | Travel to Chatsworth, California for I. Alday deposition; prepare for I. Alday deposition. | 17.40 hrs |
| 07/24/2008 | AUB | Phone calls with court reporter and opposing counsel to confirm location of deposition. | 0.20 hrs |
| 07/24/2008 | AEF | Prepare for deposition of I. Alday; take deposition of I. Alday; return to Florida from Chatsworth, California. | 15.00 hrs |
| 07/25/2008 | AEF | Return from I. Alday deposition in California; correspondence re: Judge Klindt's order; correspondence re: upcoming depositions. | 6.40 hrs |
| 07/28/2008 | JAD | Telephone conference with S. Fortune and AEF re: objection to magistrate order. | 0.40 hrs |
| 07/28/2008 | AEF | Telephone calls throughout the day with S. Fortune and A. Gjoka re: deadline for filing objections to magistrate order; correspondence and telephone calls re: S. Ramage, S. Braun, and D. Thomas depositions; conference call with JAD and S. Fortune re: objections to magistrate judge's order; prepare for G. Deardorff deposition. | 2.80 hrs |
| 07/29/2008 | AEF | Prepare for and take deposition of G. Deardorff; telephone conversation with court reporter re: ordering deposition transcript; correspond re: deposition of S. Ramage and S. Braun. | 4.20 hrs |
| 07/30/2008 | AEF | Prepare for S. Ramage and S. Braun depositions; take S. Ramage and S. Braun depositions; correspondence with A. Gjoka re: statistical data received by defendant in response to motion to compel. | 6.10 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/31/2008 | AEF | Prepare for deposition of D. Thomas; take D. Thomas deposition. | 8.50 hrs |
| 08/01/2008 | AEF | Conference call with S. Fortune re: depositions of S. Brann, D. Thomas, G. Deardorff, and S. Ramage. | 0.30 hrs |
| 08/04/2008 | AEF | Conference call with S. Fortune and A. Gjoka re: status of case. | 0.20 hrs |
| 08/05/2008 | AEF | Telephone conference with S. Fortune re: deposition transcripts to order, additional discovery to serve. | 0.10 hrs |
| 08/06/2008 | AEF | Review Carrier's responses to our request for admissions; conference call with JAD and S. Fortune re: deposition transcripts to order, and our motion to strike S. Ramage as a trial witness; correspond with J. Curley re: 3.01 (g) certificate re: supplemental disclosure of witnesses; draft motion to withdraw supplemental disclosure of witnesses; conference call with S. Fortune and A. Gjoka re: Defendants' inadequate responses to discovery requests pursuant to order to compel. | 1.30 hrs |
| 08/07/2008 | AEF | Conference calls throughout day with S. Fortune and A. Gjoka re: statistical data received by Carrier, motion to compel challenging Carrier's supplemental responses; review in depth spreadsheets produced by Carrier in response to interrogatory no. 19; draft emergency motion to compel; conference call with S. Fortune re: filing statistical data. | 7.00 hrs |
| 08/11/2008 | AEF | Review/revise emergency motion to compel; telephone conference with S. Fortune to discuss the motion; correspondence re: obtaining deposition transcripts. | 1.60 hrs |
| 08/12/2008 | AEF | Review e-mail from T. Boske with supplemental interrogatory answers; conference with S. Fortune and JAD re: Defendant's supplemental interrogatory answers; conference re: emergency motion to compel; correspondence re: tasks going forward in Sears. | 0.70 hrs |
| 08/13/2008 | AEF | Correspondence with S. Fortune re: additional statistical information received from Carrier and follow-up discovery; correspondence and telephone calls throughout day re: Carrier's statistical information and noncompliance with order to compel; correspondence re: expert statistician. | 1.30 hrs |
| 08/14/2008 | AEF | Correspondence re: Carrier's production of statistical information; correspondence re: evidence of pretext; conference call with S. Fortune re: response to Defendants' refusal to produce the answer to interrogatory no. 19. | 0.70 hrs |
| 08/15/2008 | AEF | Conference calls throughout day re: response to Court on our second motion to compel; correspond with defense counsel re: production in response to interrogatory 19; review/revise response to Court. | 1.40 hrs |
| 08/18/2008 | AEF | Review Defendants' response to our notice of Defendants' noncompliance with Court's order to compel; conference calls throughout day with S. Fortune and A. Gjoka re: Defendants' response to our notice of Defendant's noncompliance with Court's order and summary judgment deadline; draft motion for leave to file reply; | 2.70 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | correspondence re: Judge Klindt's Order. | |
| 08/19/2008 | AEF | Review motion for leave to file reply; correspond with J. Curley and R. Cavendish re: whether they consent to our motion for leave to file reply; review order granting motion for extension of dispositive motion deadlines; review Defendant's opposition to our motion for leave to file reply. | 0.70 hrs |
| 08/20/2008 | AEF | Review court order setting hearing on our emergency motion to compel; telephone conference with S. Fortune re: hearing before Judge Klindt and alteration to dispositive motion deadline. | 0.20 hrs |
| 08/21/2008 | AEF | Correspond with S. Fortune re: preparation for hearing on our motion to compel. | 0.30 hrs |
| 08/22/2008 | AEF | Correspond with S. Fortune and A. Gjoka re: preparation for hearing on our motion to compel. | 0.20 hrs |
| 08/25/2008 | AEF | Conference call with S. Fortune re: preparation for hearing on emergency motion to compel; research [REDACTED]. | 1.40 hrs |
| 08/26/2008 | AEF | Research [REDACTED]; travel to S. Fortune's office to prepare for hearing on our emergency motion to compel; prepare for hearing with S. Fortune and A. Gjoka. | 5.40 hrs |
| 08/27/2008 | AEF | Prepare for hearing on emergency motion to compel answer to interrogatory no. 19; attend hearing before Judge Klindt; conference with JAD. | 3.70 hrs |
| 08/29/2008 | AEF | Conference call with JAD and S. Fortune re: expert statistician. | 0.20 hrs |
| 09/02/2008 | AEF | Correspondence re: additional deposition transcripts. | 0.20 hrs |
| 09/05/2008 | AEF | Conference call with S. Fortune and JAD re: dispositive motions and Defendant's affirmative defenses; correspondence re: Defendants' affirmative defenses. | 0.80 hrs |
| 09/10/2008 | AEF | Review order granting motion to compel in part and setting additional deadlines for discovery; correspond with S. Fortune and JAD re: Court's order. | 0.30 hrs |
| 09/11/2008 | AEF | Draft new interrogatory no. 19 pursuant to Judge Klindt's order. | 0.60 hrs |
| 09/15/2008 | AEF | Revise interrogatory no. 19 per Court's orders; correspond with S. Fortune and A. Gjoka re: new interrogatory 19; draft notice of propounding interrogatory; telephone conference with Clerk re: process for filing under seal; telephone calls re: file under seal. | 1.10 hrs |
| 09/16/2008 | AEF | Review and prepare documents to be filed under seal; conference call with A. Gjoka and S. Fortune re: filing documents under seal; review documents in preparation of motion for partial summary judgment and responses to Defendants' anticipated motion for summary judgment; file documents under seal with clerk at Federal courthouse; draft notice of filing documents under seal. | 1.30 hrs |
| 09/19/2008 | AEF | Research [REDACTED] | 3.90 hrs |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                       |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            |     | ▮▮▮▮▮; research ▮▮▮▮▮ ▮▮▮▮▮; research ▮▮▮▮▮ ▮▮▮▮▮; correspond and telephone conference with S. Fortune re: motion for partial summary judgment in Defendant's affirmative defenses; draft motion for partial summary judgment.                                                                                                                                                                                        |          |
| 09/22/2008 | AEF | Draft and revise motion for partial summary judgment; conference with S. Fortune re: motion for partial summary judgment; review Defendant's motion for summary judgment; conference with S. Fortune re: Defendant's motion for summary judgment.                                                                                                                                                                     | 7.20 hrs |
| 09/23/2008 | AEF | Review Defendant's revised answer to interrogatory no. 19; correspond with S. Fortune re: Defendant's amended response.                                                                                                                                                                                                                                                                                               | 0.40 hrs |
| 09/24/2008 | AUB | Assist AEF re: review of discovery responses.                                                                                                                                                                                                                                                                                                                                                                         | 1.00 hrs |
| 09/24/2008 | AEF | Conference call with S. Fortune and A. Gjoka re: Defendant's response to amended interrogatory no. 19; review numerous spreadsheets and documents produced by Defendants in response to interrogatory no. 19 and amended interrogatory no. 19 to try to compile Defendant's answer to our interrogatory; conference call with A. Gjoka re: various lists/spreadsheets referenced in Defendant's response to amended interrogatory 19; correspond with S. Fortune re: ERISA and damages. | 3.50 hrs |
| 09/25/2008 | AEF | Conference call with A. Gjoka, S. Fortune re: third emergency motion to compel; review ten different lists and spreadsheets referenced by Defendants; draft third emergency motion to compel.                                                                                                                                                                                                                         | 6.00 hrs |
| 09/26/2008 | AEF | Draft and revise third emergency motion to compel answer to interrogatory 19; finalize motion; conference calls throughout day with A. Gjoka and S. Fortune re: motion and memorandum of law in opposition to motion for summary judgment; telephone calls and e-mails to J. Curley and R. Cavendish to fulfil 3.01(g) certificate.                                                                                   | 4.90 hrs |
| 09/29/2008 | AEF | Conference with JAD re: status of case; correspond and telephone conferences with S. Fortune and A. Gjoka re: third emergency motion to compel; telephone conference with R. Cavendish re: anticipated third motion to compel.                                                                                                                                                                                        | 0.90 hrs |
| 09/30/2008 | AEF | Review Court's order requiring response from Defendants to our third motion to compel; correspond with S. Fortune re: third motion to compel.                                                                                                                                                                                                                                                                         | 0.30 hrs |
| 10/01/2008 | AEF | Review Defendant's response to court's order re: our third motion to compel; correspond with S. Fortune and A. Gjoka re: Defendant's response.                                                                                                                                                                                                                                                                        | 0.30 hrs |
| 10/02/2008 | AEF | Review court's order granting our third motion to compel.                                                                                                                                                                                                                                                                                                                                                             | 0.10 hrs |
| 10/03/2008 | AEF | Correspondence re: S. Ramage's deposition.                                                                                                                                                                                                                                                                                                                                                                            | 0.20 hrs |
| 10/05/2008 | AEF | Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                                                                                                                                                                                                                          | 1.10 hrs |
| 10/06/2008 | AEF | Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                                                                                                                                                                                                                          | 2.60 hrs |

| | | | |
|---|---|---|---|
| | | ▓▓▓▓; research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; correspond with S. Fortune re: results of research; review Defendant's motion for summary judgment, court's order denying motion to dismiss re: preemption; correspond with S. Fortune re: Defendants motion for summary judgment on preemption. | |
| 10/07/2008 | AEF | Review motion for enlargement of page numbers and to file out of time. | 0.30 hrs |
| 10/08/2008 | AEF | Review our memorandum of law in opposition to Defendant's motion for summary judgment; review new documentation produced by Defendant in response to interrogatory 19. | 0.80 hrs |
| 10/09/2008 | AEF | Correspond with S. Fortune re: new statistical data provided by Defendant and our response to motion for summary judgment; draft motion to supplement our memorandum of law in opposition to Defendant's motion for summary judgment and to file under seal the new spreadsheet of data; review/revise motion to supplement memorandum of law in opposition to Defendant's motion for summary judgment; conference call with S. Fortune re: motion. | 1.30 hrs |
| 10/10/2008 | AEF | Correspondence re: new statistical evidence and statistician. | 0.30 hrs |
| 10/13/2008 | AEF | Review Defendant's request for reply; review Defendant's memorandum of law in opposition to our motion to file out of time and more pages; telephone calls and correspondence re: motion for more pages; correspond with Dr. Perry re: statistical analysis. | 1.10 hrs |
| 10/14/2008 | AEF | Correspond with S. Fortune re: memorandum of law in opposition to Defendant's motion for summary judgment; revise memorandum of law in opposition to Defendant's motion for summary judgment. | 2.50 hrs |
| 10/15/2008 | AEF | Revise memorandum of law in opposition to Defendant's motion for summary judgment; conference with A. Gjoka re: amending our memorandum of law in opposition to Defendant's motion for summary judgment. | 5.20 hrs |
| 10/16/2008 | AEF | Revise memorandum of law in opposition to Defendant's motion for summary judgment; review Dr. Perry's letter giving statistical analysis of likelihood that plan participants were selected at random. | 4.50 hrs |
| 10/17/2008 | AEF | Rewrite and revise memorandum of law in opposition to Defendant's motion for summary judgment. | 5.00 hrs |
| 10/20/2008 | JAD | Telephone conference with S. Fortune re: strategy and filing memorandum of law; review Perry economic expert report. | 0.80 hrs |
| 10/20/2008 | AEF | Correspond with S. Fortune and A. Gjoka re: memorandum of law in opposition to Defendant's motion for summary judgment; conference with S. Fortune, A. Gjoka, and JAD re: amended response to Defendant's motion for summary judgment and Defendant' motion for leave to file reply; telephone call to J. Curley re: consent to us filing amended memorandum of law. | 2.30 hrs |
| 10/21/2008 | AEF | Telephone conference with R. Cavendish re: consent to us filing amended memorandum of law; | 1.50 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | correspond with S. Fortune and JAD re: amended memorandum of law in opposition to summary judgment and motion for leave to file reply; conference with JAD; review order entering sealed documents and granting motion to file redacted documents. | |
| 10/22/2008 | AEF | Correspondence re: Dr. Perry's amended Rule 26 report. | 0.30 hrs |
| 10/23/2008 | AEF | Review and revise memorandum of law in opposition to Defendant's motion for leave to reply; conference with S. Fortune re: memorandum of law; correspond with J. Curley re: amended memorandum of law in opposition to Defendant's motion for summary judgment; review Carrier's motion to withdraw objection to twenty-six page memorandum of law. | 1.50 hrs |
| 10/29/2008 | JAD | Conference with RHF and AEF re: trial preparation; review memorandum and conference call. | 0.40 hrs |
| 10/31/2008 | AEF | Review Court's order granting us five days to submit amended memorandum of law in opposition to Defendant's motion for summary judgment, revise memorandum of law; telephone conference with S. Fortune, JAD, and A. Gjoka re: revised memorandum of law. | 1.30 hrs |
| 11/03/2008 | AEF | Review amended memorandum of law in opposition to Carrier's motion for summary judgment; conference with S. Fortune and A. Gjoka. | 1.10 hrs |
| 11/05/2008 | AEF | Verify cites in condensed memorandum of law in opposition to Carrier's motion for summary judgment. | 2.50 hrs |
| 11/18/2008 | AEF | Review Carrier's motion for leave to file reply and motion to strike expert witness; correspond with S. Fortune re: responding. | 0.40 hrs |
| 11/19/2008 | JAD | Review Defendant's motion and order of Judge Adams; conference with AEF re: stategy. | 2.20 hrs |
| 11/19/2008 | AEF | Review motion to strike expert; conference call with S. Fortune re: strategy; conference with JAD re: strategy; review Court's order denying Carrier's motion for leave to reply; review Court's order striking unredacted depositions. | 0.60 hrs |
| 11/20/2008 | AEF | Correspondence re: redacted deposition transcripts; draft of law in opposition to Carrier's motion to strike expert report. | 1.50 hrs |
| 11/21/2008 | AEF | Draft and revise memorandum of law in opposition to Carrier's motion to strike supplemental expert report. | 4.50 hrs |
| 12/03/2008 | AEF | Review, revise, and file memorandum of law in opposition to Carrier's motion to strike supplemental expert report; telephone conference with S. Fortune; conference with JAD re: memorandum of law; correspond with S. Fortune and JAD re: settlement discussions. | 2.00 hrs |
| 12/04/2008 | JAD | Conference call with S. Fortune re: settlement overtures from Carrier; review case file in preparation for call. | 1.20 hrs |
| 12/04/2008 | AEF | Conference with JAD re: background and status of case; conference call with S. Fortune and JAD to discuss settlement overtures, mediators, damages calculations, etc.; draft notice of filing Exhibit A to memorandum in opposition to Carrier's motion to strike. | 0.70 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/19/2008 | AEF | Review notice rescheduling pre-trial conference. | 0.20 hrs |
| 01/06/2009 | AEF | Correspond with S. Fortune, R. Cavendish, and J. Curley re: mediation in advance of pre-trial conference; review order granting motion to strike expert statistician; correspond with S. Fortune. | 0.40 hrs |
| 01/08/2009 | AEF | Correspondence re: mediation. | 0.20 hrs |
| 01/12/2009 | JAD | Conference call with S. Fortune re: mediation and settlement proposal. | 0.60 hrs |
| 01/12/2009 | AEF | Correspond with S. Fortune, R. Cavendish, and J. Curley re: pre-trial conference requirements; telephone conference with S. Fortune and JAD re: strategy re: mediation. | 0.40 hrs |
| 01/13/2009 | JAD | Conference call with S. Fortune and with Defendant's counsel; strategy conference re: mediation. | 1.80 hrs |
| 01/13/2009 | AEF | Telephone conference with S. Fortune re: our settlement talks; telephone conference with JAD, S. Fortune, R. Cavendish, and J. Curley re: settlement discussions. | 0.80 hrs |
| 01/20/2009 | AEF | Correspondence re: mediation and pre-trial stipulation obligations. | 0.20 hrs |
| 01/22/2009 | JAD | Telephone conference with S. Fortune re: settlement approach by Carrier's counsel; e-mail response. | 2.20 hrs |
| 01/22/2009 | AEF | Correspondence and telephone conference re: settlement discussions; correspondence re: pre-trial stipulation. | 0.40 hrs |
| 01/27/2009 | AEF | Telephone conference and correspond with A. Gjoka re: pretrial stipulation; review revised pre-trial stipulation. | 1.20 hrs |
| 01/28/2009 | AEF | Review and revise draft of pre-trial stipulation; research [REDACTED]; prepare brief statement of the case for pre-trial stipulation; correspond with R. Cavendish and T. Boske re: exchanging drafts and exhibits. | 3.60 hrs |
| 01/29/2009 | AEF | Draft sections of pre-trial statement and revise; correspond with R. Cavendish re: exchanging drafts of pre-trial stipulation. | 2.60 hrs |
| 01/30/2009 | AEF | Telephone conference with T. Boske re: Local Rule 3.06(c); telephone conference with A. Gjoka re: deposition designations. | 0.70 hrs |
| 01/31/2009 | AEF | Review and revise draft of pre-trial statement and correspond with A. Gjoka. | 0.50 hrs |
| 02/02/2009 | AEF | Review and revise pre-trial stipulation; review Carrier's motion for separate trials; correspond with A. Gjoka and S. Fortune; telephone conference with A. Gjoka and S. Fortune re: pre-trial stipulation and Carrier's motion for separate trials. | 0.90 hrs |
| 02/03/2009 | AEF | Review and revise draft of pre-trial statement; conference call with S. Fortune; correspond with Carrier's counsel re: pre-trial stipulation. | 0.90 hrs |
| 02/04/2009 | AEF | Conference with JAD and S. Fortune re: jury trial issues and pre-trial stipulation; review Carrier's motion for separate trials. | 0.40 hrs |
| 02/05/2009 | JAD | Prepare for pre-trial conference; review orders and pre-trial stipulation. | 4.80 hrs |
| 02/05/2009 | KDB | Compile orders per AEF; create notebook for JAD re: orders; create index; confer with JAD re: additional documents needed; compile pleadings | 3.40 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | and expert report; highlight expert report and pre-trial brief; update notebook and index. | |
| 02/06/2009 | JAD | Prepare for and attend pre-trial conference with Judge Adams; conference with co-counsel to plan division of responsibilities; begin review and marking of depositions. | 6.20 hrs |
| 02/06/2009 | AEF | Prepare for and attend pre-trial conference; post-conference meeting with JAD, S. Fortune, A. Gjoka, and KDB to discuss preparation for trial; correspondence re: deposition designations. | 3.10 hrs |
| 02/06/2009 | KDB | Attend meeting with JAD, AEF and S. Fortune re: pre-trial conference and trial preparations; compile deposition transcripts for JAD and AEF for their review and edits; review e-mail re: deposition e-transcripts; convert depositions into word perfect files for editing; e-mail S. Fortune, AEF and JAD re: same; confer with AEF re: same; locate specific exhibits for JAD; confer with AEF re: exhibit set needed; review deposition highlights from JAD re: Porzucek; electronically add highlights to document. | 5.60 hrs |

**Total professional services for this matter:     $82,041.50**

**EXPENSES WHICH ARE BILLED SEPARATELY IN THE PREVAILING PRACTICE OF THE COMMUNITY AND ARE RECOVERABLE AS FEES:**

| Date | Description | Amount |
|---|---|---|
| 05/19/2008 | On-line research from Westlaw invoice dated 4/30/08. | $629.41 |
| 06/30/2008 | On-line research from Westlaw invoice dated May 31, 2008. | $508.25 |
| 07/11/2008 | On-line research from Westlaw invoice dated June 30, 2008. | $377.08 |
| 07/11/2008 | On-line research from PACER quarterly statement, 04/01/08 to 06/30/08. | $23.04 |
| 07/24/2008 | AMANDA E. FERRELLE; Travel expenses to attend deposition of P. McLaughlin. | $253.60 |
| 08/06/2008 | AMANDA E. FERRELLE; Travel expenses for deposition of I. Alday. | $897.93 |
| 08/26/2008 | On-line research from Westlaw invoice dated July 31, 2008. | $838.25 |
| 09/26/2008 | On-line research from Westlaw invoice dated 8/31/08. | $1,238.68 |
| 10/15/2008 | PACER SERVICE CENTER; Online research (7/1/08 - 9/30/08). | $23.12 |
| 11/30/2008 | On-line research from Westlaw invoice dated 10/31/08. | $314.76 |
| 01/28/2009 | PACER SERVICE CENTER; On-line research from Pacer invoice dated 12/31/08. | $11.12 |
| 02/06/2009 | Long distance telephone charges. | $2.31 |
| 02/06/2009 | Photocopy charges. | $929.55 |
| 02/06/2009 | Postage charges. | $77.27 |
| 02/06/2009 | On-line research from Westlaw invoice dated 12/31/08. | $700.50 |
| 02/06/2009 | Facsimile transmittals. | $29.50 |
| 02/06/2009 | Conference call charges. | $42.57 |
| 02/17/2009 | On-line research from Westlaw invoice dated 01/31/08. | $76.22 |
| 02/17/2009 | On-line research from Westlaw invoice dated 01/31/08. | $27.83 |

**Total expenses which are billed separately for in the prevailing practice of the community and are recoverable as fees in this matter:     $7,000.99**

Please make your checks payable to the Bedell Law Firm.  Payment is due upon receipt.